IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM JOHN FELDHACKER, | ) | 8:06CV644 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Respondent's motion for an enlargement of time (filing 20) is granted, as follows:

1. Respondent shall have until October 31, 2007, to respond to Petitioner's brief on the merits (filing 15).

2. The clerk of the court is directed to set a pro se case management deadline using the following text: "October 31, 2007: Respondent's brief due."

October 2, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge