IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM JOHN FELDHACKER, | ) | |
| | ) | |
| Petitioner, | ) | 8:06CV644 |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS BAKEWELL, Warden, and | ) | MEMORANDUM |
| ROBERT HOUSTON, | ) | AND ORDER |
| | ) | |
| Respondents. | ) | |
| | ) | |

This matter is before the court sua sponte. On October 1, 2007, the respondent moved this court for an enlargement of time to file his brief in response to the petitioner's brief on the merits. (Filing No. 20.) This court granted the motion and gave the respondent until October 31, 2007 to file his responsive brief. (Filing No. 21.) This deadline has passed and the respondent has failed to file a brief in response to the petitioner's brief on the merits.

IT IS THEREFORE ORDERED that:

1. By January 26, 2008, the respondent shall show cause why he has failed to comply with the court's October 31, 2007 deadline, and shall file a brief in response to the petitioner's brief on the merits. **The respondent is warned that the failure to file his brief by the January 26, 2008 deadline may result in the imposition of sanctions, including the release of the petitioner.**

2. The Clerk of the court is instructed to set a pro se case management deadline using the following language: January 26, 2008: respondent's brief in response to petitioner's brief on the merits is due.

DATED this 26th day of December, 2007.

> BY THE COURT:
>
> *s/Richard G. Kopf*
> United States District Judge